# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TOSCHA JEFFRIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19CV2928 RLW |
| ) | |
| CHRISTOPHER BARR and ) | |
| GULLY TRANSPORTATION, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF REMAND

This matter is before the Court on Plaintiff's Motion to Remand to the Circuit Court of the City of St. Louis (ECF No. 13). Defendants removed this cause of action to federal court based upon diversity jurisdiction. *See* 28 U.S.C. § 1332. The parties have consented to remand the case to state court pursuant to Plaintiff's stipulation that her damages will not exceed $75,000.00 (ECF No. 11). Because the amount in controversy is below the jurisdictional amount required for subject matter jurisdiction, the Court no longer retains jurisdiction over this matter. Therefore, the Court will remand the case to the Circuit Court of St. Louis City, Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (ECF No. 13) is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the Twenty-Second Judicial Circuit Court, St. Louis City, State of Missouri, from which it was removed.

Dated this 2nd day of December, 2019.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**